UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE A. HAMANN,

Plaintiff,

v.

CITY OF OAKLAND, *et al.*,

Defendants.
_____/

No. C-03-0437 EMC

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR KAISER AND CITY DEFENDANTS' MOTIONS FOR REVIEW OF TAXATION OF COSTS**

The Court has received Ms. Hamann's letter, dated January 15, 2008, and filed on January 16, 2008, in which she asks that the hearing on the Kaiser and City Defendants' motions for review of taxation of costs be rescheduled. The Court hereby **GRANTS** the request.

The hearing on the two motions shall be rescheduled for **February 27, 2008, at 10:30 a.m.** Although Ms. Hamann asks for a hearing in early April, she does not explain why the hearing should be delayed for more than two months. Moreover, the Court does not see any reason to delay the hearing for more than two months given that the motions present simple issues (*e.g.*, did Defendants provide the verification required by 28 U.S.C. § 1924).

The Court further orders that Ms. Hamann file oppositions to the two motions by **February 6, 2008**, and that Defendants file their respective replies by **February 13, 2008**.

///
///
///
///

Finally, the Court attaches to this order copies of the Clerk's letters to Defendants regarding taxation of costs.

IT IS SO ORDERED.

Dated: January 17, 2008

EDWARD M. CHEN
United States Magistrate Judge

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

November 30, 2007

Adam M. Koss
Kaiser Foundation Hospitals

Re: C03-0437 EMC Charlotte Hamann v City of Oakland, et al.

Dear Mr. Koss

    Please be advised that your cost bill filed on June 13, 2007 cannot be taxed for the following reasons:

[ ]     Judgment has not been entered.

[ ]     There is no proof of service upon opposing counsel.

[ x ]     There is no verification pursuant to Title 28 U.S.C. § 1924.

[ x ]     There is no documentation attached to bill of costs supporting requested costs, L.R. 54-1(a).

[ x ]     There is no representation that counsel have met and conferred regarding objections pursuant to Civil L.R. 54-2(b).

Very truly yours,

RICHARD W. WIEKING, Clerk

By: *Cora Klein*

Cora Delfin-Klein
Deputy Clerk
(415) 522-2039

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

November 30, 2007

Thomas S. Gelini
Bennett Samuelsen Reynolds & Allard
1301 Marina Village Parkway, Ste 300
Alameda, CA 94501-1084

    Re: C03-0437 EMC Charlotte Hamann v City of Oakland, et al.

Dear Mr. Gelini

    Please be advised that your cost bill filed on June 13, 2007 cannot be taxed for the following reasons:

[ ]    Judgment has not been entered.

[ ]    There is no proof of service upon opposing counsel.

[x]    There is no verification pursuant to Title 28 U.S.C. § 1924.

[x]    There is no documentation attached to bill of costs supporting requested costs, L.R. 54-1(a).

[x]    There is no representation that counsel have met and conferred regarding objections pursuant to Civil L.R. 54-2(b).

    Very truly yours,

    RICHARD W. WIEKING, Clerk

By: *Cora Klein*

Cora Delfin-Klein
Deputy Clerk
(415) 522-2039

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAMANN,

        Plaintiff,

v.

CITY OF OAKLAND et al,

        Defendant.
_____/

Case Number: CV03-00437 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charlotte A. Hamann
3820 Everett Avenue
Oakland, CA 94602

Thomas S. Gelini
Bennett Samuelsen Reynolds & Allard
1301 Marina Village Parkway
Suite 300
Alameda, CA 94501

Dated: January 17, 2008

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk